IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01351-WJM-KLM

1260 EAST COLFAX AVENUE, LLC, an Oregon limited liability company,

    Plaintiff,

v.

HYUNG KEUN SUN,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Vacate October 25, 2011 Scheduling Conference** [Docket No. 22; Filed October 18, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for October 25, 2011, at 10:00 a.m. is **VACATED**.  The Court will reset a Scheduling Conference, if necessary, after resolution of the pending Motion for Default Judgment [Docket No. 20].

    Dated:  October 19, 2011